**Dismissed and Memorandum Opinion filed November 5, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00744-CV

## ANTONIO VALDEZ AND MARIA LUISA VALDEZ, Appellants

## V.

## BEATRICE MOSTI VALDEZ AND WELLS FARGO BANK, N.A., Appellees

### On Appeal from the 434th Judicial District Court
### Fort Bend County, Texas
### Trial Court Cause No. 12-DCV-199126

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 1, 2015. The notice of appeal was filed August 31, 2015. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On October 6, 2015, this court ordered appellants to pay the appellate filing fee on or before October 21, 2015, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Busby and Brown.